LOUISA O. W. BUTLER, as Executrix, etc., Respondent, *v.* STATE MUTUAL LIFE ASSURANCE COMPANY of Worcester, Impleaded, etc., Appellant.

(Argued February 3, 1891; decided February 24, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made January 10, 1890, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Edward E. Sprague* for appellant.

*Oliver P. Buel* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.